**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT STIRLING, *individually and on behalf of all others similarly situated*,<br><br>        Plaintiff,<br><br>    -v-<br><br>OLLIE'S BARGAIN OUTLET HOLDINGS, INC., *et al.*,<br><br>        Defendants. | Case No. 19-8647 (JPO) |

## <u>STATEMENT NOTING DEATH OF DEFENDANT MARK BUTLER</u>

Pursuant to Federal Rule of Civil Procedure 25(a), please take notice that defendant Mark Butler, passed away on December 1, 2019.

Dated: December 18, 2019           Respectfully submitted,

                             /s/ Stacy Nettleton
                             Jonathan D. Polkes, Esq.
                             Stacy Nettleton, Esq.
                             Irisa Chen, Esq.
                             WEIL, GOTSHAL & MANAGES LLP
                             767 Fifth Avenue
                             New York, NY 10153
                             Tel:  (212) 310-8000
                             Fax:  (212) 310-8007
                             jonathan.polkes@weil.com
                             stacy.nettleton@weil.com
                             irisa.chen@weil.com

                             *Counsel for Defendants Ollie's Bargain*
                             *Outlet Holdings, Inc., Mark Butler, Jay*
                             *Stasz, and John Swygert*

WEIL:\97291197\1\66121.0007