**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
BERNARD L. MALONEY III and NATHAN
SEVERE, individually and on behalf of all
others similarly situated,

                          Plaintiffs,

          -against-                                    19 **CIVIL** 8647 (JPO)

                                                      **JUDGMENT**

OLLIE'S BARGAIN OUTLET HOLDINGS,
INC., et al.,

                          Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum and Order dated February 10, 2021, Defendants' motion to

dismiss is GRANTED; accordingly, this case is closed.

**Dated:**  New York, New York

          February 10, 2021


                                        **RUBY J. KRAJICK**
                                        _____
                                        **Clerk of Court**

                              **BY:**   _____
                                        **Deputy Clerk**